UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| JAMES D. WILSON | : | CASE NO. 14-60493-BEM |
| DEBTOR(S)/MOVANT(S) | : | |
| VS | : | |
| YEA JOO PARK | : | |
| RESPONDENT | | |

### MOTION TO AVOID JUDICIAL LIEN

Debtor(s) respectfully show the Court the following:

1.

The above Respondent filed a judgment on the General Execution Docket in the Magistrate Court of Douglas County, in the original amount of $9,603.00.

2.

Said Respondent holds a claim against the Debtor(s) in the amount of $9,603.00 representing the balance due on the foregoing judgment.

3.

Pursuant to O.C.G.A. 44-13-100, Debtor in this case is entitled to an exemption of $21,500.00 in real property, $5,000.00 in personal property, $600.00 in wildcard personal property, $5,000.00 in household items and $5,000.00 in a vehicle exemption of the debtor. Debtor's residence is currently worth $142,791.00 as shown attached with a mortgage in the balance of 240,609.00 on said residence.

4.

The aforementioned judicial lien of Respondent impairs his residence exemption allowed under O.C.G.A. 44-13-100 which are claimed by the Debtor(s) here.

5.

The aforementioned judicial lien is avoidable under Bankruptcy Code Section 522(f).

WHEREFORE, Debtor(s) pray(s) that:

1). The aforementioned judicial lien filed against the Debtor(s) in the Magistrate Court of Douglas County, State of Georgia, on the General Execution Docket at Book 68, page 590, on or about December 31, 2008, be avoided by this Court; and,

2). This Court grant all other appropriate relief in this case.

Respectfully Submitted,
/s/

8440 Courthouse Square, East
Douglasville, GA 30134
770-947-3540

ROBERT A. CHAMBERS
Attorney For Debtors
State Bar No. 119450

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| JAMES D. WILSON | : | CASE NO. 14-60493-BEM |
| DEBTOR(S)/MOVANT(S) | : | |
| VS | : | |
| YEA JOO PARK | : | |
| RESPONDENT | | |

### NOTICE OF REQUIREMENT OF RESPONSE TO MOTION TO AVOID JUDICIAL LIEN ON EXEMPT PROPERTY AND TIME TO FILE SAME

NOTICE IS HEREBY GIVEN that a motion to avoid lien on exempt property pursuant to 11 U.S.C. Section 522 has been filed in the above-styled case on April 30, 2015.

NOTICE IS FURTHER GIVEN that, pursuant to Local Rule 6008-2 NDGa., the Respondent must file a response to the motion within 21 days after service, exclusive of the day of service, and serve copy of same on Movant. In the event that no response is timely filed and served, then the Bankruptcy Court may enter an order granting the relief sought.

This 30th day of April, 2015.

Respectfully Submitted,
/s/

_____
ROBERT A. CHAMBERS
Attorney For Debtors
State Bar No. 119450

8440 Courthouse Square, East
Douglasville, GA 30134
770-947-3540

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| JAMES D. WILSON | : | CASE NO. 14-60493-BEM |
| DEBTOR(S)/MOVANT(S) | : | |
| VS | : | |
| YEA JOO PARK | : | |
| RESPONDENT | | |

## CERTIFICATE OF SERVICE

The undersigned ROBERT A. CHAMBERS, of 8440 Courthouse Square, East, Douglasville. GA 30134 hereby certified:

That I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on April 30, 2015, I served a copy of the within and "Notice of Requirement of Response to Motion to Avoid Judicial Lien on Exempt Property and of Time to File Same" together with the "Motion to Avoid Judicial Lien" filed in this Bankruptcy case on:

Edwin K. Palmer
Standing Chapter 7 Trustee
P.O. Box 1284
Decatur, GA 30031

Yea Joo Park
P.O. Box 13811
Atlanta, GA 30324

Yea Joo Park
5990 Fairburn Road
Douglasville, GA 30134
CERTIFIED MAIL RECEIPT NO.
7008 1140 0001 3374 0854

Herbert Siegel
P.O. Box 370212
Las Vegas, NV 89137

REGISTERED AGENT:
No registered agent registered with the Georgia Secretary of State
As of April 30, 2015.

by placing a copy of same in the United States Mail.

    This 30th day of April, 2015.

                                          Respectfully Submitted,
                                          /s/

8440 Courthouse Square, East        ROBERT A. CHAMBERS
Douglasville, GA 30134                Attorney For Debtors
770-947-3540                              State Bar No. 119450

Recent Sales in Area    Previous Parcel    Next Parcel    Field Definitions    Return to Main Search Page    Carroll Home

## Owner and Parcel Information

| | | | |
|---|---|---|---|
| Owner Name | WILSON JAMES D | Today's Date | April 30, 2015 |
| Mailing Address | 280 VIRGINIA TRL | Parcel Number | 074 0278 |
| | CARROLLTON, GA 30117 | Tax District | COUNTY (District 02) |
| Location Address | 280 VIRGINIA TRL | 2014 Millage Rate | 28.082 |
| Legal Description | HSE/TR-3A & 3B(8.28AC) VIRGINIA TRL | Acres | 8.28 |
| Property Class(NOTE: Not Zoning Info) | R3-Residential | Neighborhood | |
| | | Homestead Exemption | No (S0) |
| Landlot/District | 187/10 | Parcel Map | Show Parcel Map |
| Water | Well | Sewer | Septic Tank |
| Electric | | Gas | Tank Gas |
| Topography | Rolling | Drainage | Good |
| Road Class | County | Parcel Road Access | Paved |
| Map/Tile | CD030101 | Special | |

## 2014 Tax Year Value Information

| Land Value | Improvement Value | Accessory Value | Total Value | Previous Value |
|---|---|---|---|---|
| $ 43,449 | $ 95,842 | $ 3,500 | $ 142,791 | $ 142,791 |

## Land Information

| Type | Description | Calculation Method | Soil Productivity | Acres | Photo |
|---|---|---|---|---|---|
| RUR | Small Parcels | Rural | 1 | 8.28 | NA |

## Improvement Information

| Style | Heated Sq Ft | Interior Walls | Exterior Walls | Attic Area Sq Ft | Basement Area Sq Ft | Year Built | Photo |
|---|---|---|---|---|---|---|---|
| One & Half Story | 1,959 | Pine | Wood/Cedar | No Attic | None | 2001 | Building Images |

| Roof Type | Flooring Type | Heating Type | Rooms Bedrooms/Bathrooms/Extra Plumbing | Value | Cond | Number Fire Pl | Sketch |
|---|---|---|---|---|---|---|---|
| Asphalt Shingles | Carpet/Tile | Central Heat/AC | 6/4/2.0/5 | $ 95,842 | Average | 0 | Sketch Building 1 |

## Accessory Information

| Description | Year Built | Dimensions/Units | Value |
|---|---|---|---|
| Site Impr Good | 2002 | 0x0 1 | $ 3,500 |

## Sale Information

| Sale Date | Deed Book / Page | Plat Book / Page | Sale Price | Reason | Grantor | Grantee |
|---|---|---|---|---|---|---|
| 02/01/2013 | 5228 350 | 75 274 | $ 0 | Quitclaim | WILSON AUBREY D | WILSON JAMES D |
| 01/21/2009 | 4486 157 | 75 274 | $ 0 | Quitclaim | WILSON JAMES D | WILSON AUBREY D |
| 11/15/2005 | 3375 176 | 75 274 | $ 0 | Quitclaim | WILSON TRACY L | WILSON JAMES |
| 08/15/2001 | 1612 330 | 75 274 | $ 29,900 | Land Market Sale | POOLE GARY | WILSON JAMES |

## Permit Information

| Permit Date | Permit Number | Type | Description |
|---|---|---|---|
| 09-05-2001 | 01AXN | SINGLE FAMILY | |

Recent Sales in Area    Previous Parcel    Next Parcel    Field Definitions    Return to Main Search Page    Carroll Home

The Assessor's Office makes every effort to produce the most accurate information possible. No warranties, expressed or implied, are provided for the data herein, its use or interpretation. The assesment information is from the last certified taxroll. All data is subject to change before the next certified taxroll. Website Updated: April 10, 2015

© 2005 by the County of Carroll, GA | Website design by qpublic.net