UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                :         CASE NO. 14-60493-BEM

JAMES D. WILSON                       :         CHAPTER 7

DEBTOR                                :

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that JAMES D. WILSON, has filed a *MOTION TO REOPEN CASE* and related papers with the Court seeking and order for *DEBTOR TO REOPEN CASE.*

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the *Motion* in United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303, at *10:00 A.M.* on *April 10, 2018* in *Courtroom 1402.*

Your rights may be affected by the courts ruling on these pleadings. You should ready these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how, and whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is **Clerk, U.S. Bankruptcy Court, Federal Building, 75 Ted Turner Drive, SW, Room 1340, Atlanta, Georgia, 30303.** You must also mail a copy of your response to the undersigned at the address stated below.

Dated: March 6, 2018                            /s/
                                                **ROBERT A.CHAMBERS**
                                                **Georgia Bar No. 119450**
                                                **8440 Courthouse Square East**
                                                **Douglasville, Georgia 30134**
                                                **Tel: 770-947-3540**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE: : CASE NO. 14-60493-BEM

JAMES D. WILSON : CHAPTER 7

DEBTOR :

## NOTICE OF MOTION TO REOPEN CASE

NOTICE IS HEREBY GIVEN to all parties in interest that the debtor filed a Motion on March 6, 2018, requesting the Court to reopen his Chapter 7 case so that Debtor may file his Amendment to Schedules and Motions to Avoid Judicial Liens, then an Order of Discharge.

Debtor wishes to have his case reopen so that he and his counsel can file said Amendment to Schedules to add the debts owed to Midway Business Center and Daimler Chrysler Financial Services, et al and Debtor's Motion to Avoid Judicial Liens against Midway Business Center, Daimler Chrysler Financial Services et al, Midland Funding, LLC assignee of HSBC Bank of Nevada, NA and Ford Motor Credit Co., in with the U.S. Bankruptcy Court. Debtor's Counsel has paid the filing fee to reopen the debtor's case.

Said Motion is available for review in the Clerk's office, United States Bankruptcy Court, during normal business hours at the Clerk of Court, Federal Building, 75 Ted Turner Drive, SW, Room 1340, Atlanta, Georgia 30303, any Notice shall be served to the counsel for the debtor, Robert A. Chambers, 8440 Courthouse Square, East, Suite A, Douglasville, GA 30134. Any objection not timely filed and served is deemed waived. If no objection is filed as forth an Order will be issued reopening the case and vacating the order with discharge.

This 6th day of March, 2018.

/s/_____
ROBERT A. CHAMBERS
Attorney for Debtor
State Bar No. 119450

Law Office of Robert A. Chambers
8440 Courthouse Square, East
Douglasville, GA 30134
Tel: 770-947-3540
Fax: 770-947-0575

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 14-60493-BEM |
| JAMES D. WILSON | : | CHAPTER 7 |
| DEBTOR | : | |

## MOTION TO REOPEN CASE

Comes now the above debtor, JAMES D. WILSON, and respectfully shows to this Honorable Court the following:

1.

Debtor filed for relief under Chapter 7 of the U.S. Bankruptcy Code on May 30, 2014.

2.

On May 30, 2015, Debtor filed his Voluntary Petition and Chapter 7 Schedules listing all debts owed. At this time two of Debtors debts owed to Midway Business Center and Daimler Chrysler Financial Services, et al was mistakenly left off said schedules.

3.

Also, On May 30, 2015, Debtor filed his Voluntary Petition listing said creditors Midland Funding, LLC assignee of HSBC Bank of Nevada, NA and Ford Motor Credit Co. as a Secured Creditor with both holding a judgment lien/FIFA against Debtor. During the time of the bankruptcy said judgment liens/FIFAs were mistakenly never avoided and therefore are still attached to debtor.

4.

Debtor's Meeting of Creditors was held on July 2, 2014 and concluded on July 2, 2014. The Chapter 7 Trustee entered a No Distribution Report on July 15, 2014.

5.

On September 10, 2014, an Order Discharging Debtor was entered on the Docket as Docket #16 closing said case.

6.

The Debtor desires to reopen the above referenced case and have said Amendment to Schedule D, Secured Creditors adding the debt owed to Midway Business Center and Daimler Chrysler Financial Services et al. Debtor would also like to file a Motion to Avoid Judicial Liens against the following debts owed to Midway Business Center, Daimler Chrysler Financial Services et al, Midland Funding, LLC assignee of HSBC Bank of Nevada, NA and Ford Motor Credit Co. in the United States Bankruptcy Court. Then an Order of Discharge to be entered upon completion of these filings.

WHEREFORE, the debtor prays that:

a) the case be reopened

c) the appropriate Chapter 7 Trustee be reappointed;

d) the automatic stay be reinstated.

/s/
ROBERT A. CHAMBERS
Attorney for Debtor
State Bar No. 119450

Law Office of Robert A. Chambers
8440 Courthouse Square, East
Douglasville, GA 30134
Tel: 770-947-3540
Fax: 404-581-5484

**Case No: 14-60493**
**Chapter 7**
**Judge Ellis-Monroe**

## CERTIFICATE OF SERVICE

I, **ROBERT A. CHAMBERS**, of **8440 Courthouse Square East, Suite A Douglasville, Georgia 30134**, and telephone **770-947-3540** certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age:

That on the 6th day of March, 2018, I served a copy of the within **MOTION TO REOPEN CASE WITH NOTICE OF SAID MOTION AND HEARING,** filed in this bankruptcy matter by the **UNITED STATES MAIL,** with sufficient postage affixed for delivery to the said respondent(s) at:

See Attached

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on the 6th day of March, 2018.

/s/
ROBERT A. CHAMBERS
Attorney for Debtor
GA. State Bar No. 119450

**Case No: 14-60493**
**Chapter 7**
**Judge Ellis-Monroe**

Edwin K. Palmer
Standing Chapter 7 Trustee
P.O. Box 1284
Decatur, GA 30031

Banfield Pet Hospital
3221 Peachtree Road
Suite 250
Atlanta, GA 30305-0305

Bank of North Georgia
P.O. Box 1407
Alpharetta, GA 30009

BB&T
P.O. Box 580007
Charlotte, NC 28258-0007

Charles Williamson Auto Sales
615 Alabama Avenue
Bremen, GA 30110

Chase
P.O. Box 9001871
Louisville, KY 40290-1871

Dale W. Morris
Registered Agent
4200 Arbor Club Drive
Marietta, GA 30066

Enterprise Car Rental
P.O. Box 405738
Atlanta, GA 30384-5738

First Financial Asset Management Inc.
P.O. Box 56245
Atlanta, GA 30343

Ford Motor Credit Company
c/o MacDowell & Associates
P.O. Box 450849
Atlanta, GA 31145

GMAC ARC
Payment Processing Center
P.O. Box 78369
Phoenix, AZ 85062-8369

Grange Insurance
671 South High Street
P.O. Box 1218
Columbus, OH 43216-1218

Grange Mutual Casualty Company
c/o Douglas Knights & Associates Inc.
P.O. Box 10517
Bradenton, FL 34282

Household Financial Corporation
HFC Payment Processing
P.O. Box 5240
Carol Stream, IL 60197-5240

Household Financial Corporation/Midland
Funding, LLC
c/o Greene & Cooper, LLP
615 Colonial Park Drive
P.O. Box 1635
Roswell, GA 30077

JNR Adjustment Company, Inc.
P.O. Box 782107
Orlando, FL 32878-2107

LVNV Funding
P.O. Box 10497
Greenville, SC 29603-0497

Midland Funding
P.O. Box 1635
Roswell, GA 30077

Northland Group, Inc.
Mail Code SHT42
P.O. Box 390846
Minneapolis, MN 55439

Ocwen
P.O. Box 6440
Carol Stream, IL 60197-6440

Peoples Loan and Finance Corporation
620 Cherokee Street
Marietta, GA 30060

Resurgent Capital Services
55 Beattle Place
Suite 110, MS 576
Greenville, SC 29601

Wells Fargo Bank
P.O. Box 31557
Billings, MT 59107

Yea Joo Park
5990 Fairburn Road
Douglasville, GA 30134

Herbert Siegel
P.O. Box 370212
Las Vegas, NV 89137