**IT IS ORDERED as set forth below:**

**Date: June 1, 2018**

_____
**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: | CASE NO. 14-60493-BEM |
| JAMES D WILSON, | |
| Debtor. | CHAPTER 7 |

**O R D E R**

Debtor's Motion to Reopen Case [Doc. 27] came before the Court for hearing on May 22, 2018. Debtor seeks to reopen the case to file amended schedules and motions to avoid liens. The Motion was unopposed. Accordingly, it is

ORDERED that the Motion is GRANTED; it is further

ORDERED that if no further action is taken by Debtor within 90 days of entry of this Order, the Clerk of Court shall be authorized to close this case in the usual manner.

**END OF ORDER**

## **Distribution List**

James D Wilson
2354 Milstead Circle
Marietta, GA 30066

Robert A. Chambers
Law Office of Robert A. Chambers
Suite 103
6488 Spring Street
Douglasville, GA 30134

Edwin K. Palmer
P.O. Box 1284
Decatur, GA 30031