UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | JAMES D. WILSON ) | CASE NO. 14-60493-BEM |
| | ) | |
| | DEBTOR ) | CHAPTER 7 |
| | ) | |

**DEBTOR'S AMENDMENT TO SCHEDULES**

NOW COMES the above Debtor and shows to the Court the following:

1.

SCHEDULE D, SECURED CLAIMS

Debtor would amend his Schedule D, Secured Claims, of his Chapter 7

Petition to include the following debts as shown attached:

Midway Business Center
Daimler Chrysler Financial Services et al

Date: June 5, 2018

/S/
Robert A. Chambers
Attorney for Debtor

B6D (Official Form 6D) (12/07)

IN RE Wilson, James D                                                                                  Case No. 1:14-bk-60493
                            Debtor(s)                                                                              (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 2719<br>Charles Williamson Auto Sales<br>615 Alabama Avenue<br>Bremen, GA 30110 | | | 2008 Toyota Camry LE 4-door Sedan V6<br>124,627 miles<br><br>VALUE $ 7,350.00 | | X | | 9,000.00 | 1,650.00 |
| ACCOUNT NO. 0696927904<br>Chase<br>P.O. Box 9001871<br>Louisville, KY 40290-1871 | | | Residence<br>280 Virginia Trail<br>Carrolton, GA 30117<br><br>VALUE $ 142,791.00 | | X | | 240,609.00 | 97,818.00 |
| ACCOUNT NO.<br>Daimler Chrysler Financial Services Etal<br>P.O. Box 2993<br>Milwaukee, WI 53201-2993 | | | Judgment FIFA<br><br>VALUE $ | X | | | 11,782.93 | 11,782.93 |
| ACCOUNT NO.<br>Daimler Chrysler Financial Services Etal<br>C/O Clifford Heindel<br>P.O. Box 450849<br>Alanta, GA 31145 | | | Assignee or other notification for:<br>Daimler Chrysler Financial Services Etal<br><br>VALUE $ | | | | | |

____3____ continuation sheets attached

Subtotal (Total of this page)  $ 261,391.93  $ 111,250.93

Total (Use only on last page)  $              $

(Report also on Summary of Schedules.)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Wilson, James D _____ Case No. 1:14-bk-60493
         Debtor(s)                                                                    (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Daimler Chrysler Financial Services Etal<br>Klaus Entenmann, CEO<br>1000 Chrysler Drive, East<br>Auburn Hills, MI 48326 | | | Assignee or other notification for:<br>Daimler Chrysler Financial Services Etal<br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br>Ford Motor Credit Company<br>C/O MacDowell & Associates<br>P.O. Box 450849<br>Atlanta, GA 31145 | | | judgment<br><br>VALUE $ | | X | | 36,794.00 | 36,794.00 |
| ACCOUNT NO. MID30081<br>Household Financial Corporation/Midland Funding, LLC/C/O Greene & Cooper, LLP<br>615 Colonial Park Drive, P.O. Box 1635<br>Roswell, GA 30077 | | | judgment<br><br>VALUE $ | | X | | 1,972.00 | 1,972.00 |
| ACCOUNT NO.<br>Household Financial Corporation<br>HFC Payment Processing<br>P.O. Box 5240<br>Carol Stream, IL 60197-5240 | | | Assignee or other notification for:<br>Household Financial Corporation/Midland<br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br>Midland Funding<br>P.O. Box 1635<br>Roswell, GA 30077 | | | Assignee or other notification for:<br>Household Financial Corporation/Midland<br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br>Northland Group, Inc.<br>Mail Code SHT42<br>P.O. Box 390846<br>Minneapolis, MN 55439 | | | Assignee or other notification for:<br>Household Financial Corporation/Midland<br><br>VALUE $ | | | | | |

Sheet no. __1__ of __3__ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page) $ 38,766.00 | $ 38,766.00

Total (Use only on last page) $ | $

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.
Case 14-60493-bem    Doc 31    Filed 06/05/18    Entered 06/05/18 12:53:29    Desc Main
Document    Page 4 of 14

IN RE Wilson, James D                                                Case No. 1:14-bk-60493
         Debtor(s)                                                              (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Midway Business Center<br>981 North Burnt Hickory Road<br>Douglasville, GA 30134 | | | Judgment FIFA<br><br>VALUE $ | | | | 1,328.00 | 1,328.00 |
| ACCOUNT NO.<br>Midway Business Center<br>Kenneth Flick Registered Agent<br>5326 Presley Place<br>Douglasville, GA 30135 | | | Assignee or other notification for:<br>Midway Business Center<br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br>Midway Business Center<br>Kenneth Flick, CEO<br>5326 Presley Place<br>Douglasville, GA 30135 | | | Assignee or other notification for:<br>Midway Business Center<br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br>Midway Business Center<br>Principal Office<br>5326 Presley Place<br>Douglasville, GA 30135 | | | Assignee or other notification for:<br>Midway Business Center<br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br>Midway Business Center<br>MBC Management Group, LLC<br>981 North Burnt Hickory Road<br>Douglasville, GA 30134 | | | Assignee or other notification for:<br>Midway Business Center<br><br>VALUE $ | | | | | |
| ACCOUNT NO. 0038561510<br>Ocwen<br>P.O. Box 6440<br>Carol Stream, IL 60197-6440 | | | 2nd Mortgage on Residence<br>280 Virginia Trail<br>Carrollton, GA 30117<br><br>VALUE $ 142,791.00 | | | | 42,277.00 | 42,277.00 |

Sheet no. __2__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page) $ 43,605.00 | $ 43,605.00

Total (Use only on last page) $ | $

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.

IN RE Wilson, James D                                                                                 Case No. 1:14-bk-60493
                              Debtor(s)                                                                      (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4104<br>Peoples Loan And Finance Corporation<br>620 Cherokee Street<br>Marietta, GA 30060 | | | 2005 Toyota 4-Runner<br><br>VALUE $ 9,250.00 | | X | | 9,225.00 | |
| ACCOUNT NO.<br>Yea Joo Park<br>P.O. Box 13811<br>Atlanta, GA 30324 | | | judgment<br><br>VALUE $ | | X | | 9,603.00 | 9,603.00 |
| ACCOUNT NO.<br>Herbert Siegel<br>P.O. Box 370212<br>Las Vegas, NV 89137 | | | Assignee or other notification for:<br>Yea Joo Park<br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br>Yea Joo Park<br>5990 Fairburn Road<br>Douglasville, GA 30134 | | | Assignee or other notification for:<br>Yea Joo Park<br><br>VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |

Sheet no. 3 of 3 continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page) $ 18,828.00 | $ 9,603.00

Total
(Use only on last page) $ 362,590.93 | $ 203,224.93

(Report also on Summary of Schedules.)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

United States Bankruptcy Court
Northern District of Georgia

IN RE:                                                            Case No. 1:14-bk-60493

Wilson, James D                                                   Chapter 7

Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 142,791.00 | | |
| B - Personal Property | Yes | 3 | $ 18,975.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 4 | | $ 362,590.93 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 3 | | $ 94,679.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | $ 2,780.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 3 | | | $ 4,781.00 |
| | TOTAL | 20 | $ 161,766.00 | $ 457,269.93 | |

**United States Bankruptcy Court**
**Northern District of Georgia**

IN RE:                                                                              Case No. **1:14-bk-60493**

Wilson, James D                                                                     Chapter **7**
                                    Debtor(s)

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| **TOTAL** | $ 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | $ 2,780.00 |
| Average Expenses (from Schedule J, Line 22) | $ 4,781.00 |
| Current Monthly Income (from Form 22A-1 Line 11; **OR,** Form 22B Line 14; **OR,** Form 22C-1 Line 14 ) | $ 2,780.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 203,224.93 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0.00 |
| 4. Total from Schedule F | | $ 94,679.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 297,903.93 |

Case No.: 14-60493
Chapter 7
Judge Ellis-Monro

# CERTIFICATE OF SERVICE

I, **ROBERT A. CHAMBERS**, of **6488 Spring Street, Suite 103, Douglasville, Georgia 30134**, and telephone **770-947-3540** certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age:

That on the 5th day of June, 2018, I served a copy of the within **DEBTOR'S AMENDMENT TO SCHEDULES**, filed in this bankruptcy matter on:

SEE ATTACHED LIST

the respondent(s) in this bankruptcy matter by the **UNITED STATES MAIL**, with sufficient postage affixed for delivery to the said respondent(s) at:

SEE ATTACHED LIST

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on the 6th day of June, 2018.

                                                        ____/S/_____
                                                        ROBERT A. CHAMBERS
                                                       Attorney for Debtor
                                                       GA. State Bar No. 119450

**Case No.: 14-60493**
**Chapter 7**
**Judge Ellis-Monro**

Edwin K. Palmer
Chapter 7 Trustee
P.O. Box 1284
Decatur, GA 30031

James D. Wilson
280 Virginia Trail
Carrollton, GA 30117

Robert A. Chambers
Law Office of Robert A. Chambers
6488 Spring Street
Suite 103
Douglasville, GA 30134

Banfield Pet Hospital
3221 Peachtree Road
Suite 250
Atlanta, GA 30305-0305

Bank of North Georgia
P.O. Box 1407
Alpharetta, GA 30009

BB&T
P.O. Box 580007
Charlotte, NC 28258-0007

Charles Williamson Auto Sales
615 Alabama Avenue
Bremen, GA 30110

Chase
P.O. Box 9001871
Louisville, KY 40290-1871

Dale W. Morris
Registered Agent
4200 Arbor Club Drive
Marietta, GA 30066

Enterprise Car Rental
P.O. Box 405738
Atlanta, GA 30384-5738

First Financial Asset Management Inc.
P.O. Box 56245
Atlanta, GA 30343

Ford Motor Credit Company
c/o MacDowell & Associates
P.O. Box 450849
Atlanta, GA 31145

GMAC ARC
Payment Processing Center
P.O. Box 78369
Phoenix, AZ 85062-8369

Grange Insurance
671 South High Street
P.O. Box 1218
Columbus, OH 43216-1218

Grange Mutual Casualty Company
c/o Douglas Knights & Associates Inc.
P.O. Box 10517
Bradenton, FL 34282

Household Financial Corporation
HFC Payment Processing
P.O. Box 5240
Carol Stream, IL 60197-5240

Household Financial Corporation/Midland
Funding, LLC
c/o Greene & Cooper, LLP
615 Colonial Park Drive
P.O. Box 1635
Roswell, GA 30077

JNR Adjustment Company, Inc.
P.O. Box 782107
Orlando, FL 32878-2107

LVNV Funding
P.O. Box 10497
Greenville, SC 29603-0497

Midland Funding
P.O. Box 1635
Roswell, GA 30077

Northland Group, Inc.
Mail Code SHT42
P.O. Box 390846
Minneapolis, MN 55439

Ocwen
P.O. Box 6440
Carol Stream, IL 60197-6440

Peoples Loan and Finance Corporation
620 Cherokee Street
Marietta, GA 30060

Resurgent Capital Services
55 Beattle Place
Suite 110, MS 576
Greenville, SC 29601

Wells Fargo Bank
P.O. Box 31557
Billings, MT 59107

Daimler Chrysler Financial Services et al
c/o Clifford Heindel
P.O. Box 450849
Atlanta, GA 31145

Daimler Chrysler Financial Services et al
Klaus Entenmann, CEO
1000 Chrysler Drive, East
Auburn Hills, MI 48326

Daimler Chrysler Financial Services etal
P.O. Box 2993
Milwaukee, WI 53201-2993

Midway Business Center
981 North Burnt Hickory Road
Douglasville, GA 30134

Midway Business Center
Kenneth Flick, Registered Agent
5326 Presley Place
Douglasville, GA 30135

Midway Business Center
Kenneth Flick, CEO
5326 Presley Place
Douglasville, GA 30135

Midway Business Center
Principal Office
5326 Presley Place
Douglasville, GA 30135

Midway Business Center
MBC Management Group, LLC
c/o Kenneth Flick
981 North Burnt Hickory Road
Douglasville, GA 30134

**State of Georgia**
**Douglas County**

## VERIFICATION

Personally appeared before me, the undersigned attesting officer fully authorized to administer oaths, JAMES D. WILSON, who after first being duly sworn, deposes and says that the allegations contained in the within and foregoing DEBTOR'S AMENDMENT TO SCHEDULES, are true and correct.

/s/
JAMES D. WILSON

Sworn to and subscribed before me this
6th day of June, 2018.

/s/
Public Notary

AMENDED MATRIX

Daimler Chrysler Financial Services et al
c/o Clifford Heindel
P.O. Box 450849
Atlanta, GA 31145

Daimler Chrysler Financial Services et al
Klaus Entenmann, CEO
1000 Chrysler Drive, East
Auburn Hills, MI 48326

Daimler Chrysler Financial Services etal
P.O. Box 2993
Milwaukee, WI 53201-2993

Midway Business Center
981 North Burnt Hickory Road
Douglasville, GA 30134

Midway Business Center
Kenneth Flick, Registered Agent
5326 Presley Place
Douglasville, GA 30135

Midway Business Center
Kenneth Flick, CEO
5326 Presley Place
Douglasville, GA 30135

Midway Business Center
Principal Office
5326 Presley Place
Douglasville, GA 30135

Midway Business Center
MBC Management Group, LLC
c/o Kenneth Flick
981 North Burnt Hickory Road
Douglasville, GA 30134